IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GUY LEONARD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARKLAND HOSPITAL X-RAYS ) <br> STAFF MEMBER, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:20-CV-0328-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein recommending that Plaintiff's complaint be dismissed for failing to state a claim upon which relief may be granted.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's complaint is hereby **DISMISSED** under 28 U.S.C. §§ 1915A and 1915(e)(2)(B).

SO ORDERED this 25th day of January, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.